UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. HENNING,<br>       Plaintiff,<br>   v.<br>J.R. WEST, INC.,<br>       Defendant. | Case No. 15-cv-02426-PSG<br>**ORDER TO SHOW CAUSE** |

This case involves a claim under the Americans with Disabilities Act.[1]  On September 17, 2015, the court granted a stipulation to extend the deadline for a joint inspection, required by this district's General Order 56 for ADA cases, until October 15, 2015.[2]  Under the operative scheduling order, Plaintiff Richard C. Henning was to file a notice of need for mediation within 42 days of the joint inspection and file a motion requesting a case management conference within 7 days of the mediation.[3]  Henning has done neither.  No later than June 2, 2016, Henning shall show cause why this case should not be dismissed for failure to prosecute.

**SO ORDERED.**

Dated: May 26, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 1.

[2] *See* Docket No. 10.

[3] *See* Docket No. 4 at 2.