UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. HENNING,<br><br>    Plaintiff,<br><br>    v.<br><br>J.R. WEST, INC.,<br><br>    Defendant. | Case No. 15-cv-02426-PSG<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE**<br><br>**(Re: Docket No. 13)** |

The court has received Plaintiff Richard C. Henning's response[1] to the court's previous order to show cause[2] and is satisfied that the case should not be dismissed. The order to show cause is DISSOLVED. In light of the pending resignation of the undersigned, this case will be reassigned to a new judge. A further case management conference may be scheduled after reassignment.

**SO ORDERED.**

Dated: June 2, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 14.

[2] *See* Docket No. 13.

Case No. 15-cv-02426-PSG
ORDER DISSOLVING ORDER TO SHOW CAUSE

1